UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19 CR 558-002 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA, |
| | ) | JUDGMENT AND REFERRAL TO |
| ANDRES VARELA, | ) | U.S. PROBATION OFFICE |
| | ) | |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jonathan D. Greenberg, regarding the change of plea hearing of Andres Varela, which was referred to the Magistrate Judge with the consent of the parties.

On September 18, 2019 the government filed a 28 count Indictment, charging Defendant Andres Varela in counts 1, 2, 3, and 5-21 with Conspiracy to Possess with Intent to Distribute Cocaine, Conspiracy to Launder Monetary Instruments, Possession with Intent to Distribute Cocaine, Use of a Communication Facility in Furtherance of a Drug Trafficking Crime in violation of Title 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) and 18:2, and 843(b), and Title 18 U.S.C § 1956(h) and 2. On January 9, 2026 Magistrate Judge Greenberg held an arraignment, at which time Mr. Varela entered a plea of not guilty to the charges. On October 9, 2026 Magistrate Judge Greenberg received Defendant's plea of guilty to counts 1, 2 and 3 of the Indictment and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Andreas Varela is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Andres Varela is adjudged guilty to counts 1, 2 and 3 of the Indictment in violation of Title 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) and 18:2, and Title 18 U.S.C § 1956(h) and 2. This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on January 14, 2027 at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

October 28, 2026